# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

AMY HOOK,

    Plaintiff,

v.

WAL-MART STORES, INC. d/b/a WAL-MART,

    Defendant.

CASE NO. 4:14-cv-391

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Amy Hook and Defendant Wal-Mart Stores, Inc., pursuant to Fed. R. Civ. P. (a)(1)(A)(ii) hereby stipulate and agree that the above-captioned lawsuit is hereby dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Dated this 18th day of December, 2015.

By: /s/Michael J. Carroll
Attorney for Plaintiff:

of  Michael J. Carroll (IA# ICIS #AT0001311
COPPOLA, McCONVILLE, COPPOLA, CARROLL, HOCKENBERG & SCALISE, PC
2100 Westown Parkway
Suite 210
West Des Moines, IA 50265
Phone: 515-453-1055
Facsimile: 515-453-1059
Michael@csmclaw.com

By: /s/ Heidi A. Guttau-Fox
Attorneys for Defendant:

of  Heidi A. Guttau-Fox (IA# 15513)
ICIS #AT0003021
Christopher R. Hedican (IA# 16099)
ICIS #AT0003470
BAIRD HOLM LLP
1700 Farnam St, Ste 1500
Omaha, NE 68102-2068
Phone: 402-344-0500
Facsimile: 402-344-0588
hguttau-fox@bairdholm.com
chedican@bairdholm.com

DOCS/1546595.1